FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 16, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JASON RISINGER,<br><br>                    Plaintiff,<br><br>     v.<br><br>LIBERTY MUTUAL INSURANCE COMPANY and OHIO SECURITY INSURANCE COMPANY, a foreign profit corporations licensed to do business in the State of Washington,<br><br>                    Defendants. | NO: 2:22-CV-0327-TOR<br><br>ORDER GRANTING STIPULATION TO TRANSFER |

BEFORE THE COURT are the parties' Joint Stipulated Motion Transferring Venue and Motion to Expedite.  ECF Nos. 10 and 12.  These matters were submitted for consideration without oral argument.  The Court has reviewed the record and files herein and is fully informed.  The stipulated motions are granted.

In the typical case not involving a forum-selection clause, a district court considering a [28 U.S.C.] § 1404(a) motion (or a *forum non conveniens* motion)

ORDER GRANTING STIPULATION TO TRANSFER ~ 1

Case 2:22-cv-00327-TOR    ECF No. 14    filed 03/16/23    PageID.95    Page 2 of 3

must evaluate both the convenience of the parties and various public-interest considerations. *Atl. Marine Const. Co. v. U.S. Dist. Court for W. Dist. of Texas*, 571 U.S. 49, 62 (2013). Ordinarily, the district court must weigh the relevant factors and decide whether, on balance, a transfer would serve "the convenience of parties and witnesses" and otherwise promote "the interest of justice" according to § 1404(a).

On December 28, 2022, Defendant filed a motion removing Plaintiff's complaint from King County to the Eastern District of Washington. ECF No. 1. The parties have now agreed that the United States District Court for the Western District of Washington is the appropriate venue pursuant to 28 U.S.C. § 1441(a). The parties agree that the Western District of Washington in Seattle is the appropriate venue since the matter which was removed from state court was originally filed in the King County Superior Court, and the Western District of Washington in Seattle is "the district court of the United States for the district and division embracing the place where such action [was] pending" when the matter was removed. 28 U.S.C. § 1441(a).

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. The parties' Joint Stipulated Motion Transferring Venue and Motion to Expedite, ECF Nos. 10 and 12, are **GRANTED**.

ORDER GRANTING STIPULATION TO TRANSFER ~ 2

2. Pursuant to 28 U.S.C. § 1441(a) and the parties' stipulation, the Clerk of Court is directed to transfer this action, in its entirety, to the United States District Court for the Western District of Washington, for all further proceedings.

The District Court Executive is directed to enter this Order, furnish copies to counsel, and thereafter **close** this file in this district.

DATED March 16, 2023.



THOMAS O. RICE
United States District Judge

ORDER GRANTING STIPULATION TO TRANSFER ~ 3